UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

**CRIMINAL NO. 03-74-JBC**

**UNITED STATES OF AMERICA**                                               **PLAINTIFF**

**VS.**

**JESSICA SCHULKERS**
                                                                                 **DEFENDANT**

**REPORT AND RECOMMENDATION**

On May 23, 2007 this matter came on for an evidentiary hearing on petition of the United States Probation Office that the defendant, JESSICA SCHULKERS , show cause why her probation should not be revoked. The defendant was present in Court and represented by Bill Fulmer and the United States was present through Assistant United States Attorney Laura Voorhees. The proceedings were recorded by official court reporter Joan Averdick and conducted pursuant to 18 U.S.C. § 3401(I). Oral argument was presented by counsel and the defendant admitted violating the terms of her probation as set out in the May 1, 2007 original violation report and the May 17, 2007 amended petition for offender under supervision.

After pleading guilty to Conspiracy to Distribute Marijuana in violation of 21 U.S.C. § 846 and 841 (a)(1) and (b)(1)(D), the defendant was sentenced on June 1, 2004 to a three-year term of probation. A special condition of that probation directed Schulkers to participate in substance abuse treatment, to refrain from the use of alcohol, and to submit to periodic drug and alcohol testing. Additionally, she was ordered to participate in a program of mental health treatment, to attend at least two to three AA/NA meetings per week during the first 90 days of probation and after

September 1, 2004 to attend at least one AA/NA meeting per week for the duration of her probation. The defendant now stands charged with the following violations:

>**VIOLATION #1 - STANDARD CONDITION: YOU SHALL NOT COMMIT ANOTHER FEDERAL, STATE, OR LOCAL CRIME AND SHALL NOT ILLEGALLY POSSESS A CONTROLLED SUBSTANCE.**

On July 1, 2006 defendant was cited by Cincinnati Police for Open Flask which citation she subsequently paid out on July 14, 2006. On April 12, 2007 the defendant was arrested by the Ohio Highway Patrol on the charges of Driving Under the Influence and Speeding. Upon being administered a field sobriety test, the defendant failed that test and she refused to take a breathalyzer. The charges are now pending in Clermont County, Ohio Municipal Court.

>**VIOLATION #2 - YOU SHALL REFRAIN FROM EXCESSIVE USE OF ALCOHOL AND SHALL NOT PURCHASE, POSSESS, USE, DISTRIBUTE, OR ADMINISTER ANY NARCOTIC OR OTHER CONTROLLED SUBSTANCE, OR ANY PARAPHERNALIA RELATED TO SUCH SUBSTANCES, EXCEPT AS PRESCRIBED BY A PHYSICIAN.**

On December 12, 2005 and January 9, 2006, Schulkers submitted urine tests which were positive for marijuana; on December 7, 2006 she submitted a specimen which was positive for usage of opiates. Additionally, on January 6, 2005 and January 9, 2007 the defendant submitted urine specimens considered to have been "flushed". U.S.P.O. Frommeyer spoke with the defendant's mother on April 30, 2007 who advised that her daughter is currently using drugs and alcohol.

>**VIOLATION #3 - YOU SHALL REPORT TO THE PROBATION OFFICER AS DIRECTED BY THE COURT OR PROBATION OFFICER, AND SHALL SUBMIT A TRUTHFUL AND COMPLETE WRITTEN REPORT WITHIN THE FIRST FIVE DAYS OF EACH MONTH.**

On December 1, 2006, March 9, March 21, and April 12, 2007, Schulkers failed to reprot to the U.S. Probation Office to meet with her officer as required.

>**VIOLATION #4 - YOU SHALL NOTIFY THE PROBATION OFFICER TEN**

**DAYS PRIOR TO ANY CHANGE OF RESIDENCE OR EMPLOYMENT.**

On April 4, 2007 Schulkers advised her probation officer that she was living at a temporary address of 8101 Forest Road, Cincinnati, Ohio where she would be residing with a friend and her parents for a couple of weeks. On April 27, 2007 U.S.P.O. Frommeyer spoke with the defendant's mother who indicated that her daughter no longer lived at the Forest Road address and was staying at an unknown location with an unknown individual. U.S.P.O. Frommeyer called the Forest Road address and received no response. His last contact with Schulkers was April 4, 2007.

**VIOLATION #5 - YOU SHALL NOT LEAVE THE JUDICIAL DISTRICT WITHOUT PERMISSION OF THE COURT OR PROBATION OFFICER.**

The defendant's mother told U.S.P.O. Frommeyer on April 26, 2007 that her daughter had left the area and traveled to New Mexico with two unidentified persons to travel with a rock and roll band. On April 30, 2007 the defendant's mother called to report that her daughter did return from New Mexico but did not advise where she was residing. Therefore, the defendant left the Southern District of Ohio without the knowledge or permission of her probation officer.

The parties have reached an agreement as to the appropriate punishment for the above violations, and the Court being satisfied from dialogue with the defendant that she understands the nature of the pending charges against her, has consulted with counsel and voluntarily enters into this agreement. Accordingly;

**IT IS RECOMMENDED:**

1. That the defendant be found to have violated the terms of her probation as set out in the original and amended violation report;

2. That the defendant, JESSICA SCHULKERS, be sentenced to the custody of the Attorney General for a period of **FOUR (4) MONTHS** at FCI Alderson to be

followed by **TWO (2) YEARS** of supervised release;

3. As special conditions of the supervised release, the defendant shall reside in a residential re-entry center for a period of **SIX (6) MONTHS** which will include random drug testing at the direction of the probation officer, and participation in mental health treatment which may include the requirement that defendant take all psychiatric medications as prescribed.

Particularized objections to this Report and Recommendation must be filed within ten (10) days of the date of service of the same or further appeal is waived. Thomas v. Arn, 728 F.2d 813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985); Wright v. Holbrook, 794 F.2d 1152, 1154-55) (6th Cir. 1986). **If the defendant wishes to address the District Court prior to sentencing, the defendant must so notify the Court in writing within ten (10) days.** A party may file a response to another party's objections within ten (10) days after being served with a copy thereof. Rule 72(b), Fed.R.Civ.P.

This 25th day of May, 2007.

Signed By:
J. Gregory Wehrman
United States Magistrate Judge

4