UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT COVINGTON

CRIMINAL CASE NO. 03-74-8-JBC

UNITED STATES OF AMERICA                                        PLAINTIFF

**ORDER**

vs.

JESSICA SCHULKERS                                               DEFENDANT

\* \* \* \* \*

The Magistrate Judge having issued a Report and Recommendation on defendant's alleged supervised release violation, and the defendant having waived her right of allocution,

**IT IS ORDERED** that the Report and Recommendation is **ADOPTED**.

**IT IS FURTHER ORDERED** that the term of supervised release of the defendant is revoked, that the defendant is committed to the custody of the Bureau of Prisons for a term of four (4) months, followed by supervised release for a term of two (2) years.

Signed on June 26, 2007

*Jennifer B. Coffman*
JENNIFER B. COFFMAN, JUDGE
U.S. DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY